1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  LAURA VARTAIN HORN (CABN 285485)
   Assistant United States Attorneys
5
       450 Golden Gate Avenue, 9th Floor
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6831
7      FAX: (415) 436-7234
       Laura.Vartain@usdoj.gov
8
   NICHOLAS O. HUNTER (DCBN 1022355)
9  Trial Attorney, National Security Division

10     950 Pennsylvania Ave., NW
       Washington, DC 20530
11     Tel:  (202) 353-3434
       Fax:  (202) 233-2146
12     Nicholas.Hunter@usdoj.gov

13 Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-465 MMC |
| Plaintiff, | UNITED STATES' EIGHTH *EX PARTE* MOTION TO CONTINUE ARRAIGNMENT |
| v. | |
| UNITED MICROELECTONICS CORPORATION, INC.; FUJIAN JINHUA INTEGRATED CIRCUIT, CO., LTD.; CHEN ZHENGKUN, a.k.a. STEPHEN CHEN; HE JIANTING, a.k.a. J.T. HO; and WANG YUNGMING, a.k.a. KENNY WANG. | |
| Defendants. | |

The United States moves the Court for an order continuing the arraignment date from March 25, 2020, to June 24, 2020, for the individual defendants, Stephen Chen, J.T. Ho, and Kenny Wang, all of

whom reside outside the jurisdiction of the United States. The corporate defendants, United Microelectronics Corporation Inc. and Fujian Jinhua Integrated Circuit Co. Ltd., have already been arraigned and their next court date is on May 20, 2020, before Judge Maxine M. Chesney. All individual defendants have been served with the summonses issued in the above-captioned case and have retained attorneys in the United States. Those attorneys have been in contact with counsel for the United States and agree that the arraignment should be continued, in part so that they can continue to consult further with their respective clients, two of whom are defendants in a criminal case pending in Taiwan (i.e., J.T. Ho and Kenny Wang). Accordingly, the United States requests that the initial appearance for the individual defendants, Stephen Chen, J.T. Ho, and Kenny Wang, be continued to June 24, 2020, before the San Francisco Duty Magistrate. The United States is filing this motion *ex parte* since defense counsels for Stephen Chen, J.T. Ho, and Kenny Wang have not yet made an appearance in this case.

Dated: March 24, 2020

Respectfully Submitted,

DAVID L. ANDERSON
United States Attorney

 /s/ Nicholas O. Hunter
LAURA VARTAIN HORN
Assistant United States Attorneys

NICHOLAS O. HUNTER
Trial Attorney, National Security Division

UNITED STATES' EIGHTH MOTION TO CONTINUE ARRAIGNMENT
CR 18-465 MMC

# [~~PROPOSED~~] ORDER

On the motion of the United States, and good cause appearing, IT IS HEARBY ORDERED that the initial appearance for defendants Stephen Chen, J.T. Ho, and Kenny Wang be continued from March 25, 2020, to June 24, 2020, at 9:30 am before the Duty Magistrate in San Francisco. The summonses for those defendants are hereby amended, *nunc pro tunc*, accordingly. Government counsel is directed to provide this Order to the attorneys who contacted the government on behalf of Stephen Chen, J.T. Ho, and Kenny Wang.

IT IS SO ORDERED

DATED: __March 24, 2020__



UNITED STATES' EIGHTH MOTION TO CONTINUE ARRAIGNMENT
CR 18-465 MMC